UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. **2:18-cv-07336-CBM (MAA)**  Date: **December 18, 2018**

Title **Richard Leider v. Geoff Dean, *et al.***

Present: The Honorable:   MARIA A. AUDERO, U.S. Magistrate Judge

| Cheryl Wynn | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   **Order to Show Cause Why This Case Should Not Be Dismissed for Want of Prosecution**

   Plaintiff Richard Leider previously advised the Court that he would be released from Ventura County Jail on November 18, 2018. The Court subsequently confirmed that Plaintiff was released from Ventura County Jail on November 5, 2018.

   To allow the Court to reassess Plaintiff's indigency after his incarceration, on October 30, 2018 the Court ordered Plaintiff to submit an updated Request to Proceed *In Forma Pauperis* with Declaration in Support, within thirty days following his release from Ventura County Jail. (ECF No. 12.)

   On November 8, 2018, the Court issued an Order directing Plaintiff to update the Court regarding Plaintiff's current address no later than December 10, 2018. ("Order," ECF No. 13). The Order also reiterated that if Plaintiff wished to proceed *in forma pauperis,* he must submit an updated Request to Proceed *In Forma Pauperis* with Declaration in Support, within thirty days following his release from Ventura County Jail. The Order explicitly advised Plaintiff "that failure to comply with a Court order or to inform the Court of Plaintiff's current address could result in an order recommending dismissal of the action for failure to prosecute. *See Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988); C.D. Cal. L.R. 41-6." (Order 2.) The Order was returned to the Court as undeliverable on November 20, 2018. (ECF No. 14.)

   To date, Plaintiff has filed neither an updated Request to Proceed *In Forma Pauperis* nor a notice of change of address. Plaintiff is **ORDERED TO SHOW CAUSE** by **January 18, 2019** why the Court should not recommend that the case be dismissed without prejudice for want of

prosecution.  C.D. Cal. L.R. 41-1.  If Plaintiff files an updated Request to Proceed *In Forma Pauperis* and a notice of change of address on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.  Alternatively, if Plaintiff no longer wishes to pursue this action, he may file a notice of voluntary dismissal.  (A Notice of Dismissal form is attached to this order.)

**Failure to comply with this order will result in a recommendation that this action be dismissed for failure to prosecute and/or failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b).**

It is so ordered.

Attachment:
Ford Dismissal

**Initials of Preparer**        cw