# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEIDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEOFF DEAN, *et al.*<br><br>　　　　Defendants. | Case No. 2:18-cv-07336-CBM (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

　　　　IT IS THEREFORE ORDERED that the Complaint be dismissed without prejudice.

DATED: 4/4/19

　　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE