JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEIDER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEOFF DEAN, *et al.*<br><br>　　　　Defendants. | Case No. 2:18-cv-07336-CBM (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint and entire action are dismissed without prejudice.

DATED: 4/4/19

　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE